## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| Terry Branch, Pamela Dawson, Mirla Erickson, Ronald Erickson, Darrell Renfroe, and Esque Walker, | : <br> : <br> : Civil Action No.:  3:19-cv-01340-N <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| First Choice Payment Solutions G.P., d/b/a Sekure Merchant Solutions, | : <br> : <br> : |
| Defendant. | : |

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

*/s/ Jody B. Burton*               *  /s/ Lawren A. Zann*

Jody B. Burton
CT Bar No. 422773
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT  06897
Tel: (203) 653-2250
Fax: (203) 653-3424
*Attorney for Plaintiffs*

Stephen R. Clarke, Esq.
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 346-2631
Email: sclarke@winstead.com

Beth-Ann E. Krimsky, Esq. (*pro hac vice*)
Lawren A. Zann, Esq. (*pro hac vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
*Attorneys for Defendant*

_____
SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   */s/ Jody B. Burton*

Jody B. Burton, Esq.